# Duane Morris®

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

MARK LERNER
DIRECT DIAL: +1 212 404 8714
PERSONAL FAX: +1 212 818 9606
E-MAIL: MALerner@duanemorris.com

www.duanemorris.com

June 4, 2020

Application GRANTED. The initial pretrial conference previously scheduled for July 27, 2020 is adjourned to September 14, 2020 at 12:00pm.

SO ORDERED.
June 5, 2020

VIA ECF

Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*P. Kevin Castel*
United States District Judge

Re:   *Sands v. Papaya Holdings, LLC,* 1:20-cv-4079 (PKC)

Dear Judge Castel:

We represent Defendant Papaya Holdings, LLC ("Defendant") in the above-referenced matter. Pursuant to Your Honor's Individual Practices, we write to respectfully request an extension of Defendant's time to answer, move, or otherwise respond to Plaintiff Steve Sands' ("Plaintiff") complaint to July 24, 2020, as well as an adjournment of the initial pretrial conference to August 7, 2020, as Defendant continues to investigate Plaintiff's claims. The current deadline for Defendant to respond to Plaintiff's complaint is June 19, 2020 and the initial pretrial conference is currently scheduled for July 27, 2020. This is Defendant's first request for an extension of this deadline. Plaintiff consents to this request.

Very truly yours,

Mark Lerner

MAL

DUANE MORRIS LLP
230 PARK AVENUE, SUITE 1130   NEW YORK, NY 10169-0079          PHONE: +1 212 818 9200   FAX: +1 212 818 9606

DuaneMorris

Honorable P. Kevin Castel
June 4, 2020
Page 2

cc: Richard Liebowitz, Liebowitz Law Firm, PLLC (counsel for Plaintiff)
(*via* ECF)